UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

AUTO CARE BY KENELY, INC., et. al.,

        Defendants.

                                        /

NO.  2:09-cv-0678 FCD KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representation of the plaintiff, in the above action, the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 8, 2009.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: August 7, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE